People of the State of Illinois ex rel. John S. Rusch, Appellee, v. Edward Winter et al., Appellants.

Gen. No. 41,694.

Heard in third division, first district, this court at April term, 1941; opinion filed December 9, 1942. Sidney Korshak, Edward King and Simon Herr, for appellants; Thomas J. Courtney, State's Attorney, for appellee; John F. Cashen, Jr., Special Attorney, of counsel. Opinion by JUSTICE KILEY. "Not to be published in full."

R. M. Kanik, Appellee, v. Johnson Brothers Heating Company, Appellant.

Gen. No. 42,035.

Heard in third division, first district, this court at October term, 1941; opinion filed December 9, 1942. Fred B. Houghton, for appellant; William S. Kleinman, for appellee. Opinion by JUSTICE KILEY. "Not to be published in full."